UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TACHONA JENKINS,

            Plaintiff,

  -against-

CITY OF NEW YORK, et al.,

           Defendants.

24-CV-0362 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    As per my Order dated April 3, 2024, (ECF 44) a joint status letter from the parties regarding the status of discovery was due on July 1, 2024. The parties have not complied.

    I am sua sponte extending the deadline for the joint status letter nunc pro tunc until **tomorrow, July 3, 2024 at 5 p.m**.

DATED:  July 2, 2024
           New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge