UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TACHONA JENKINS,

      Plaintiff,

 -against-

CITY OF NEW YORK, et al.,

      Defendants.

24-CV-0362 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pursuant to the case management plan dated April 3, 2024 (ECF 44), discovery is scheduled to close in this matter on August 30, 2024.

Accordingly, the parties are directed to file a joint letter updating the Court on the status of discovery no later than **August 23, 2024**.

DATED: August 16, 2024
     New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge