UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TACHONA JENKINS,<br>　　　　　　　Plaintiff,<br>-against-<br>CITY OF NEW YORK, et al.,<br>　　　　　　　Defendants. | 24-CV-0362 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As per my Order dated August 23, 2024, (ECF 55) a joint status letter from the parties regarding the status but not the substance of their settlement talks was due on October 10, 2024. The parties have not complied.

I am sua sponte extending the deadline for the joint status letter nunc pro tunc until **Friday, October 18, 2024 at 5 p.m.,** which shall also include an update on the status of discovery**.** The parties are directed to provide weekly joint updates on the status and progress of discovery every Friday until the close of discovery.

DATED:  October 15, 2024
　　　　　New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge