UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Tachona Jenkins, | |
| Plaintiff, | 24CV00362(RFT) |
| -against- | **ORDER** |
| New York City Housing Authority, et al., | |
| Defendants. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff shall complete her document production and provide a Rule 26(g) certification by November 15, 2024. The production shall include documents Plaintiff has already agreed to produce, clear copies of documents that were produced without being completely legible, and documents sufficient to show Plaintiff's mitigation of damages (including both her income from public benefits and salary and her efforts to obtain new work). All discovery shall be complete by December 15, 2024. The parties shall provide joint status updates covering discovery and the status but not the substance of their settlement efforts on November 15, November 29, and December 14, 2024.

DATED:  November 4, 2024
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge