UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TACHONA JENKINS,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                Defendants.

24-CV-0362 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      The Court has been informed that the parties have reached a settlement in principle. (*See* ECF 64.) Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore is made by January 17, 2025. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.,* 356 F.3d 492, 494 n.1 (2d Cir. 2004).

DATED:  November 18, 2024

        New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge